# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

COLLENA HICKS,

    Plaintiff,

vs.

CASE NO.: 6:17-CV-927-ORL-31-GJK

3H SERVICE SYSTEM, INC., a Foreign
For Profit Corporation,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, COLLENA HICKS, by and through the undersigned attorney, sues the Defendants, 3H SERVICE SYSTEM, INC., a Foreign Corporation, and alleges:

1. Plaintiff, COLLENA HICKS, was an employee of Defendant and brings this action for unpaid overtime compensation, liquidated damages, and all other applicable relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

### General Allegations

2. Plaintiff, COLLENA HICKS was an employee who worked for Defendant within the last three years in Volusia County, Florida.

3. Plaintiff, COLLENA HICKS, worked for Defendant as an hourly paid employee performing cleaning duties for an hourly rate of $8.25 per hour.

4. Plaintiff, COLLENA HICKS, is a non-exempt employee entitled to overtime compensation for overtime hours worked.

5. Defendant, 3H SERVICE SYSTEM, INC., is a Foreign Profit Corporation that operates and conducts business, among numerous others, in Volusia County, Florida and is therefore, within the jurisdiction of this Court.

1

6. Defendant, 3H SERVICE SYSTEM, INC., offers state-of-the-art, dependable facilities maintenance services. Defendant provides professional facility services on a local, regional or national basis to educational entities, office buildings, medical facilities, government municipalities, industrial, commercial and retail customers. Defendant provides office cleaning, floor care, carpet cleaning, window washing, lawn care, parking lot cleaning and more. SEE www.e-3H.us

7. This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

8. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA.

9. During Plaintiff's employment the Defendant, 3H SERVICE SYSTEM, INC., earned more than $500,000.00 per year in gross sales.

10. Defendant, 3H SERVICE SYSTEM, INC., employed in excess of fifty (50) employees and paid these employees plus earned a profit from their business.

11. During Plaintiff's employment, Defendant, 3H SERVICE SYSTEM, INC., employed at least two employees who handled goods, materials and supplies which travelled in interstate commerce, such as carpet cleaner, air freshener, window cleaner, lawn care products, and other items used to run the business.

12. Therefore, at all material times relevant to this action, Defendant, 3H SERVICE SYSTEM, INC., was an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

## FLSA Violations

13. At all times relevant to this action, Defendant failed to comply with the FLSA

because Plaintiff performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff for all overtime hours worked.

14. During her employment with Defendant, Plaintiff was not paid time and one-half her regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

15. Based upon these above policies, Defendant has violated the FLSA by failing to pay complete overtime pay.

16. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendant.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

17. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-16 above as though stated fully herein.

18. Plaintiff is/was entitled to be paid time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week.

19. During her employment with Defendants, Plaintiff worked overtime hours but was not paid time and one-half compensation for same.

20. Specifically, Plaintiff was paid her regular rate for all hours works regardless of how many overtime hours were worked in the workweek.

21. Defendant has failed provide accurate overtime compensation for numerous pay periods.

22. Defendant did not have a good faith basis for their decision not to pay Plaintiff full overtime compensation.

23. In addition, Defendant failed to post the required informational listings for the Plaintiff and other employees pursuant to the FLSA.

24. As a result of Defendant's intentional, willful and unlawful acts in refusing to pay Plaintiff time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work week, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

25. As a result of Defendant's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

26. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, COLLENA HICKS demands judgment against Defendant for unpaid overtime compensation, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

Dated this  16  day of May, 2017

Matthew R. Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:  (407) 420-1414
Facsimile:  (407) 867-4791
Email: mgunter@forthepeople.com
Attorneys for Plaintiff